634

Before BROSKY, WIEAND and BECK, JJ.

Order affirmed.

460 A.2d 869

Murphy, et al. v. Ryan, Appellant.

Before BROSKY, WIEAND and BECK, JJ.

Order affirmed.

460 A.2d 869

Murphy, Quigley & Co., v. Ryan, etc., Appellants.